**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

February 16, 2012

Mr. Stark Ligon
Executive Director Committee on Professional Conduct
625 Marshall Street
Justice Building, Room 110
Little Rock, AR 72201-1022

Mr. Benjamin C. McMinn
Attorney at Law
Post Office Box 2438
Little Rock, AR 72203-2438

      Re:    *In Re: Charles Dawson Matthews* -- 4:12-MC-00004-BRW

Dear Mr. Ligon:

Enclosed is a copy of Mr. Charles Dawson Matthews's petition for reinstatement to practice law in the United States District Courts of Arkansas.

Enclosed also, for your ready reference, is a copy of Rule X of the Model Rules of Disciplinary Enforcement found in the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas.

I am prepared to appoint the Committee on Professional Conduct. If the Committee on Professional Conduct declines the appointment, Rule X provides that I should appoint as counsel one or more members of the Bar of this Court.

Would you please let me know whether the Committee on Professional Conduct will accept appointment as counsel?

                               Many Thanks,

                               /s/ Billy Roy Wilson, Jr.

cc: Clerk of the Court