IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE CHARLES DAWSON MATTHEWS                    4:12MC0004 JMM

### ORDER

For the reasons stated on the record, Petitioner Charles Dawson Matthews is hereby reinstated to the roll of the attorneys of this Court.   The Petition for Reinstatement (ECF No. 1) is GRANTED.  The Clerk is directed to close the case.

IT IS SO ORDERED this 19th day of June, 2012.


_____
James M. Moody
United States District Judge