IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN THE MATTER OF
CHARLES DAWSON MATTHEWS                    CASE NO.   4:12mc00004 JMM

ORDER

Pending before the Court is Bruce R. Wilson's application for attorney's fees and costs for serving the Court in the above matter (DE# 19).

After review of the application, the Court finds the request to be reasonable, therefor the application is granted.

The Clerk of the Court is directed to disburse money from the Library Fund in the amount of seven thousand nine hundred dollars ($7,900.00) to Mr. Wilson.  A copy of this Order, together with the application shall be placed in the Library Fund file maintained by the Clerk of Court.

IT IS SO ORDERED this 18th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE