IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN THE MATTER OF
CHARLES DAWSON MATTHEWS                             CASE NO.   4:12mc00004 JMM

## SUPPLEMENTAL ORDER

On July 18, 2012, the Clerk was directed to pay the attorney fees and costs to Bruce R. Wilson for serving the Court in the above matter (DE #20).  The order failed to include the amount for reimbursement for Mr. Wilson's witness, Mr. Len W. Bradley (see #19).

The Clerk of the Court is directed to disburse money from the Library Fund in the amount of eight hundred forty three dollars and seventy-five cents ($843.75) to Mr. Wilson. A copy of this Order, shall be placed in the Library Fund file maintained by the Clerk of Court.

IT IS SO ORDERED this 9th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE